UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FLOYD LEE WILLIAMS,<br><br>                    Petitioner,<br><br>       v.<br><br>DONALD R. HOLBROOK,<br><br>                    Respondent. | No.  CV-11-0342-JTR<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on July 5, 2013, recommending Respondent Donald Holbrook's Motion to Dismiss be granted, Petitioner Floyd Williams' Petition for Writ of Habeas Corpus be denied, and all claims be dismissed with prejudice, ECF No. 15.  On August 13, 2013, Petitioner timely filed objections raising the same issues that were raised in his petition, ECF No. 18. Petitioner simply disagrees with Magistrate Judge Imbrogno's legal analysis.

After reviewing the Report and Recommendation and the objections, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Imbrogno's Report and Recommendation, **ECF No. 15**.
2. Respondent's Motion to Dismiss, **ECF No. 14**, is **GRANTED**.
3. Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.
4. All hearings and other deadlines are **STRICKEN**.
5. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
6. This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Respondent.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Petitioner and to counsel for Respondent.

**DATED** this ___12th___ day of September 2013.

```
            ____s/Edward F. Shea_____
                   EDWARD F. SHEA
          Senior United States District Judge
```