# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FLOYD LEE WILLIAMS,

*Plaintiff*

v.

DONALD R. HOLBROOK,

*Defendant*

Civil Action No.  CV-11-0342-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Respondent, Donald R. Holbrook, pursuant to the Order Adopting Report and Recommendation entered on September 12, 2013, ECF No. 20.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea  on a motion for Dismissal.

Date:  September 12, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas